UNITED STATES of America,
Plaintiff—Appellee,

v.

Randall Wilkin CHARTIER,
Defendant—Appellant.

No. 05–10147.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 15, 2005.

Decided Dec. 2, 2005.

Thomas W. Flynn, Esq., Sacramento, CA, for Plaintiff—Appellee.

Michael B. Bigelow, Esq., Sacramento, CA, for Defendant–Appellant.

Before: SCHROEDER, Chief Judge, RYMER, and GOULD, Circuit Judges.

MEMORANDUM *

The district court's finding that Randall Wilkin Chartier was a leader or organizer of the marijuana manufacturing operation, and therefore was not eligible for a reduced sentence under 18 U.S.C. § 3553(f), did not violate Chartier's Sixth Amendment rights. *United States v. Labrada–Bustamante*, 428 F.3d 1252, 1261–62 (9th Cir.2005) (holding that the "safety valve" provision of 18 U.S.C. § 3553(f) is not unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), or *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004)).

AFFIRMED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.